UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FREDDIE RAYNOR, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
BOB ROLLINS, FRED WURTERS, ) No. 5:09-CV-296-D
MONA BHATTI, and DOROTHEA )
DIX HOSPITAL, )
)
        Defendants. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED**, the court GRANTS Rollins' and Bhatti's motion to dismiss [D.E. 17] and GRANTS Dorothea Dix Hospital's motion to dismiss [D.E. 22]. Moreover, the court DISMISSES without prejudice Raynor's claims against Wurters for failure to effect service of process within 120 days of filing his complaint. Finally, the court DENIES plaintiffs motions[D.E.26,29,31].

**This Judgment Filed and Entered on May 26, 2010, and Copies To:**

Freddie Raynor, 4054 Hwy 39, Selma, NC 27076( via USPS)

Robert O. Crawford III (via CM/ECF Notice of Electronic Filing)

Lisa G. Corbett (via CM/ECF Notice of Electronic Filing)

May 26, 2010                  DENNIS P. IAVARONE, CLERK

                                   (By) /s/ Debby Sawyer
                                   Deputy Clerk